**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------*x*

MARIA BALLESTEROS,
individually and on behalf of all
others similarly situated,

                Plaintiff

-against-

AMBULNZ NY, LLC,
               Defendant

----------------------------------------------------*x*

Case No. 1:24-cv-06366-PKC

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Maria Ballesteros, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.     All claims of the Plaintiff, Maria Ballesteros, individually, are hereby dismissed without prejudice.

2.     All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: December 17, 2024.

                Respectfully submitted,

                By: *Andrew Shamis*
                Andrew J. Shamis (NY Bar #5195185)
                **SHAMIS & GENTILE, P.A.**
                14 NE 1st Avenue, Suite 400
                Miami, FL 33132
                Telephone: 305-479-2299
                ashamis@shamisgentile.com

                *Attorneys for Plaintiff and the Putative Class*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: *Andrew Shamis*
Andrew J. Shamis (NY Bar #5195185)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

2